IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

FILED
SEP 09 2021
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____ DEPUTY

David Samuel Crenwelge

(Enter the full name of the plaintiff.)

v.

Case No. **CIV 21-893F**
(Court Clerk will insert case number)

(1) Sheila Cale,
(2) Antonio Aguillerra
(3) Leroy Elvis Walker

(Enter the full name of each defendant. Attach additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

### Initial Instructions

1. You must type or legibly handwrite the Complaint, and you must answer all questions concisely and in the proper space. Where more space is needed to answer any question, you may attach a separate sheet.

2. You must provide a full name for each defendant and describe where that defendant resides or can be located.

3. You must send the original complaint and one copy to the Clerk of the District Court.

4. You must pay an initial fee of $402 (including a $350 filing fee and a $52 administrative fee). The complaint will not be considered filed until the Clerk receives the $402 fee or you are granted permission to proceed *in forma pauperis*.

5. If you cannot prepay the $402 fee, you may request permission to proceed *in forma pauperis* in accordance with the procedures set forth in the Court's form application to proceed *in forma pauperis*. See 28 U.S.C. § 1915; Local Civil Rule 3.3.

Rev. 10/20/2015

(1)

- If the court grants your request, the $52 administrative fee will not be assessed and your total filing fee will be $350.

- You will be required to make an initial partial payment, which the court will calculate, and then prison officials will deduct the remaining balance from your prison accounts over time.

- These deductions will be made until the entire $350 filing fee is paid, **regardless of how the court decides your case**.

7.  The Court will review your complaint before deciding whether to authorize service of process on the defendants. *See* 28 U.S.C. §§ 1915(e)(2), 1915A; 42 U.S.C. § 1997e(c)(1). If the Court grants such permission, the Clerk will send you the necessary instructions and forms.

8.  If you have been granted permission to proceed *in forma pauperis*, the United States Marshals Service will be authorized to serve the defendants based on information you provide. If you have not been granted permission to proceed *in forma pauperis*, you will be responsible for service of a separate summons and copy of the complaint on each defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

## COMPLAINT

I.  **Jurisdiction is asserted pursuant to:**

___ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

___ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below: "I cannot at all quote any Statutory notes, because I do not have access to a Law Library or Internet" I am not "officially" Convicted or any type of State Prisoner until or possibly after the 14th of Sept. 2021 Due to a (Withdraw of Plea Hearing)

Rev. 10/20/2015

(2)

II. **State whether you are a:**

___ Convicted and sentenced state prisoner

___ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

✓ Other (please explain) _Incarcerated (Ward of the State)_

III. **Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

      Plaintiff(s): _N/A_

      Defendant(s): _N/A_

   b. Court and docket number: _N/A_

   c. Approximate date of filing: _N/A_

   d. Issues raised: _N/A_

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _N/A_

   f. Approximate date of disposition: _N/A_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

IV. **Parties to Current Lawsuit**

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1. Plaintiff

   Name and any aliases: David S. Crenwelge

   Address: 304 South Walnut St. Marlow, OK 73055

   Inmate No.: 525131 / D.O.B. - 02-05-1982, SSN-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

2. Defendant No. 1

   Name and official position: Sheila Cale, Probation and Parole Officer, City of Duncan, OK

   Place of employment and/or residence: Probation & Parole office, 102 South 11th Street, Duncan, OK 73533

   How is this person sued? (✓) official capacity, (✗) individual capacity, ( ) both

3. Defendant No. 2

   Name and official position: Antonio Aguillerra Police Officer of Marlow, OK Police Dpt.

   Place of employment and/or residence: City of Marlow, Oklahoma Police Department

   How is this person sued? (✓) official capacity, (✗) individual capacity, ( ) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

4

## IV.

4. Defendant No. 3

\* <u>Name and Official Position:</u> <u>Leroy Elvis Walker - Chief of Police, City of Marlow Police Department</u>

\* <u>Place of Employment and/or Residence:</u> City of Marlow Police Department, Marlow, Oklahoma   Zip code: 73055

\* How is this person sued?  (✓) Official Capacity, ( ) Individual Capacity, ( ) both

6.  *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

    - If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

## Claims

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1. **Claim 1:**

    (1) List the right that you believe was violated:
    Harassing / Impartiality / Slander / Perjury Defamation of Character / Civil Wrong- Doing / Victim of Organized Crime & Raqueteering Prevention Act

    (2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)
    ☆ Sheila Cale

Rev. 10/20/2015

Pg.1 (Supplemental Info): Sheila Cale - City of Duncan
CLAIM-I    September 03, 2021    Probation & Parole officer

I David Samuel Crenwelge have had my Rights to (Due Process Law) violated because of Sheila Cale, a Probation & Parole Officer for the City of Duncan, Oklahoma. Mrs. Cale asserts such information, as stating under (no official) oath or testimony: "Mr. Crenwelge has failed to make payments towards any of his 'Department of Corrections' Supervision Fee's." Thus - (Perjury) a (Felony)

This particular statement Mrs. Cale make's as she literally stands up from the Pew's in the courtroom to blurt out This False Allagation! Mrs. Cale was not at all officially required by the (judge or magistrate) Kenneth J. Graham or even called upon under no oath to make any required statements at all." So if you do a (Motion of Playback Audio & Video), on August 19, 2021; you could clearly see that it show's to be a backyard Bar-B-Que and the Assistant DA's, plus the Judge Kenneth Graham, and my Attorney of Record David Hammond waiting for me to hang myself via audio or video, and clearly used me to their entertainment To unofficially punishing me via their oppressive nature." Mr. Hammond continually nudges me telling me to not say anything at all, and all in the same instance utilizing his courtroom character to (ineffectively) assist his client (David S. Crenwelge), so that can proceed to grill me in t' backyard Bar-B-Que!!!" I originally paid nearly 7.00 in order for the original intention on -tated back to Probation to do an Inner-

Pg. 2 (Supplemental Information): Sheila Cale-City of Duncan Probation & Parole Officer

## CLAIM-I

September 03, 2021

State Compact to Texas where I have a residence and family member's to help make this happen. Or as "22-991(b)-Paragraph(b)" lists several types of sanctions for First time Suspended sentence violators. I wrote to Mrs. Cale and her Supervising officer asking if it were okay for me to join the Agape Freedom Ministrie's in Duncan, Oklahoma. A year long program that is like an Oxford House and is Faith based. I re-iterated the facts that I apologized for my actions and had a drug problem and also attended Counseling at Southwest Youth & Family Services when I had transportation.

This Sheila Cale woman has over extended her boundaries and I have witesses plus reciepts for payments in Supervision fee's that she clearly commits perjury in a court of law on August 19, 2021 between the hours of 2:00 PM to 4:00 PM.

There is more to what meets the eye in this case. It is and has been more than evident to me and my folks Nathaniel Crenwelge & Shirley Crenwelge that there seems to be more like Organized Crime and Racqueteering. The judge, DA, Probationary officer, are way overqualified to be acting out of character and committing Civil wrongdoing's plus Perjury.

(3) List the supporting facts:

False Statements, With-holding Supporting Information or highlighting all Negative information true and false and defaming my Character and my Integrity plus Reputation-wise a Civil wrongdoing to Slander and lie about a pillar of the Community

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

To confirm this and get some sort of Justice through any type of court system judgements with a Paper trail showing true impartiality. I have Recipts and credible as well as uncredible witnesses To Prevent Organized Crime and Raqveteering

2. **Claim II:**

(1) List the right that you believe was violated:

Slandered/Defemation of Character/ Harassment/Stalked/Civil Wrongdoing/ Speaking and or plotting to Conspire with pillar's of the Community and or Informants of my Case

(2) List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Antonio Aguillerra, Leroy Elvis Walker,

(Supplemental Information); Antonio Aguillerra

**CLAIM-II** September 03, 2021      City of Marlow Police
(pg.1) Officer, Oklahoma

I have witnesses that are credible and average pillar's of the community of the City of Waurika, Oklahoma.

Bill and Carrol Eakin of Waurika, Oklahoma whom myself (David S. Crenwelge) and girlfriend Christel Crawford, along with Lara and Mike Hansen of Reno, Nevada; worked to pack up belongings for Lara & Mike Hansen. Lara is the daughter of Mary & David Stirewalt-(DECEASED). Their Home or residence is at (301 South Walnut Street,) Marlow, Oklahoma. I David Crenwelge have worked for Mary Stirewalt on a almost daily basis while working a job at Eagle Iron & Metal in Bray, Oklahoma, before it was Mary passed away at Integris Baptist Hospital in Oklahoma City.

I David S. Crenwelge have known my parents neighbor's and have been a resident of the City of Marlow for over 30 year's. In that amount of time I have mowed, weed-eated, hedged, raked leave's, sawed tree limbs and tree's down, shoveled snow, you name it out of the goodness of my heart and naturally out of the respect for my folk's at (304 South Walnut Street) Marlow, Oklahoma; thus a Pillar of the community.

I cannot count the number of times I have seen the Marlow Police Department utility vehicles drive up and down the streets of Walnut in and around the neighborhoods there, so there must be a reason other

(Supplemental Information). Antonio Aguillerra
september 03, 2021  pg.2    City of Marlow Police
                            = Officer

## CLAIM-II

than just the normal patrol. What I do realize is that Antonio Aguillerra has paid Informants via money or drugs or both and both Mr. Aguillerra along with (Leroy Elvis Walker) the Marlow Police Chief have paid informants both law abiding citizens and informants that are tied to Prison gangs in and throughout the state of Oklahoma. I was asked once by (Officer of the Marlow Police Department) Antonio Aguillerra to peddle illegal substances and make (controlled buys), but refused to do so.

Around the end of the month of February and early March 2021 it was, and while working taking care of my folks one of these paid informants walks up to my folks home at 304 South Walnut Street, opens up my parent's front gate uninvited and this man knows (Jason Cox) I do not allow anyone over at my family's home unless they call first or are Traditionally invited, and that's gonna be either my brother Todd Ward, Christel Crawford, or as usual Monday's, Wednesday's, and Friday's Hospice.

I told this gentleman that I was busy spraying Round UP around the yard and he then followed me around and I felt the initiative to be rude because I was already worn out from mowing & weedeating around my Parent's home. After that he asked if I had a Marlboro cigarette I said no you know I don't even smoke cigarettes! He say's okay I gotta go and walks back out the front gate of the front yard

(Supplemental Information): Leroy Walker
September 03, 2021   Pg. 3         City of Marlow Police Off.

## CLAIM-II

(South) on Walnut St. and walks back towards Red Bud Park and stops off some two houses or one house just south of my Parents home and disappears. Earlier the morning of (March ??? 2021), Bill and Carol Eakin, who were also best friend's with Mary & David Stirewalt and happened to be about their business collecting some of what had been given away, by Lara & Mike Hansen of the (late) Mary Stirewalt; Bill and Carrol along with a friend of their's that came from Waurika with the couple had been picking threw and packing the rest of the item's left-over to sale or go on ebay, and in general cleaning up the residence at: 301 South Walnut Street Marlow, Oklahoma.

It was after Jason had left my Parent's home and I was then in the back yard at: 304 South Walnut Street visiting with (my father Nathaniel Crenwelge) while fixing for him his oxygen machine and finishing putting Round UP the weed & grass killer on the back of the cellar and around the cellar then I hear my father ask me "David I say whats up Dad, and he tell's me that the police just left from Mary & David's, and then says to me I wonder what that was about?" I say I don't know Dad and I proceeded to finish my yard work. The following day I come home to check on my Parent's, (my mother Shirley Crenwelge) say's to me, "David and I say yes mom, she say's Carrol said over a phone conversation that the Police were over there at (301 South Walnut Street) attempting to build a case, and

(Supplemental Information). Leroy Elvis Walker

**CLAIM-II** September 03, 2021 (Pg. 4) City of Marlow Chief of Police

and that the Marlow Police Officer: (Antonio Aguillerra) along with another Marlow Police Chief: (Leroy Elvis Walker) were making a show and saying in general that they have a case on me and Mr. Bill Eakin of Waurika, Oklahoma goes on to say to these two gentlemen or Peace Officer's of the Law that Bill know's one or two things himself of practicing Law Enforcement and say's to both men that: "As Law Enforcement Officials it is not legal for these two Marlow Police Officers to speak to the general public of another man's or any individuals potential case or cases unless in a court of Law." Mr. Leroy Elvis Walker says: (to Bill Eakin and Carrol of Waurika, Oklahoma) "Well sir how do you know that?" in a very smart ass - self made tone of voice! Mr. Eakin further explains to these two officer's just how he know's right from wrong, telling each of these gentleman that he "Bill Eakin" of Waurika, that some of his Credentials include serving the community as a paid "Lawyer" and also serving as a Judge and Magistrate.

The two officer's of Law enforcement with their self-made attitudes and unrespectable ways do not at all stop there, one or both of the officer's contacts the Probation & Parole offices and I only know of Sheila Cale that repeatedly attempts re-inforcing the False Allegation's to the DA and this woman is my Probation Officer.

(3) List the supporting facts: Witnesses: Lara & Mike Hansen, Surveilance, Stake-outs repeatedly, Paid Informants, Confidential Informants, Impartiality, (Witnesses): Shirley Crenwelge, Christel Crawford, Bill & Carrol Eakin, Random Hearsay and Conspiring allegations to plot an arrest.

(4) Relief requested: (State briefly exactly what you want the court to do for you.)

To proceed with Civil Suit for Justice, for Perjury, and Judgements rendered for to prevent any type of jeopardizing the lives and or Harassing victims/from Organized Crime and Raqueteering Prevention Act

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI. Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_David S. Crenwelge_  
Plaintiff's signature

September 03, 2021  
Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the 03 day of September, 2021.

_David S. Crenwelge_  
Plaintiff's signature

09/03/2021  
Date

Rev. 10/20/2015

(8)