# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID SAMUEL CRENWELGE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | Case No. CIV-21-893-F |
| ) | |
| SHEILA CALE, et al., ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Plaintiff David Samuel Crenwelge, a state prisoner appearing *pro se*, commenced this action under 42 U.S.C. § 1983 alleging violations of his constitutional rights. The action was referred to United States Magistrate Judge Shon T. Erwin for initial proceedings in accordance with 28 U.S.C. § 636.

On November 19, 2021, Magistrate Judge Erwin issued a Report and Recommendation (doc. no. 8), recommending that plaintiff's action be dismissed without prejudice for failure to pay the initial partial filing fee of $20.00 as ordered by the court. Magistrate Judge Erwin advised plaintiff of his right to object to the Report and Recommendation by December 6, 2021.

After receiving a letter from plaintiff, the court entered an order on December 16, 2021 (doc. no. 10), granting plaintiff an extension of time until January 3, 2022, to object to the Report and Recommendation. Upon receiving another letter from plaintiff, the court entered an order on January 5, 2022 (doc. no. 12), granting plaintiff an extension of time until February 4, 2022, to object to the Report and Recommendation. The court specifically advised plaintiff that failure to

make a timely objection to the Report and Recommendation waives the right to appellate review of both factual and legal questions therein contained.

To date, plaintiff has neither filed, nor sought another extension of time to file, an objection. With no objection being filed, the court accepts, adopts, and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Shon T. Erwin on November 19, 2021 (doc. no. 8) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.

The above-entitled action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b), Fed. R. Civ. P., for failure to pay the initial filing fee as ordered by the court.

IT IS SO ORDERED this 17th day of February, 2022.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

21-0893p004.docx